**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **SHEILA WILLIAMS,**<br>**Plaintiff,**<br><br>**v.**<br><br>**DREXEL UNIVERSITY**<br>**GREGORY ALLARD,**<br>**Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO. 26CV1247** |

**<u>O R D E R</u>**

**AND NOW**, this 6th day of August, 2026, upon consideration of Defendant Drexel University's Motion to Dismiss (ECF No. 25), Defendant Gregory Allard's Motion to Dismiss (ECF No. 26), and Plaintiff's Responses in Opposition thereto (ECF Nos. 27, 28, 29) it is **HEREBY ORDERED** that the Defendants' Motions are **DENIED**.

**BY THE COURT:**

____S/ Wendy Beetlestone___________
**WENDY BEETLESTONE, C.J.**